DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————————

JEFFERY TODD CRYSTAL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-1059

————————————————————

July 22, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Susan St. John, Judge.

Jeffery Todd Crystal, pro se.

PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————————

Opinion subject to revision prior to official publication.